FILED
MAR 30 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16 CR 83 HEA/NCC |
| MICHAEL BRUCE MCDONALD, | ) FILED UNDER SEAL |
| Defendant. | ) |

## MOTION FOR UNSEALING OF INDICTMENT

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and for its Motion for Unsealing of Indictment states as follows:

1. The above indictment returned by the United States Grand Jury on February 26, 2016, was ordered suppressed by the Honorable John A. Ross.

2. Government no longer requires that the indictment be sealed.

WHEREFORE, the Government respectfully requests that Court lift the order sealing the indictment in this matter

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

SO ORDERED:

NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE