# EXHIBIT LIST

Style:     USA v McDonald
Case No.:   4:16cr00083 HEA/NCC

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 |  | 1 | 7/27/17 |  |  | Domestic Investigations and Operations Guide | 7/27/17 |
| 2 |  | 1 | 7/27/17 | X | o/r | Receipt for Property Received/Returned/Released/Seized (2 single page documents) | 7/27/17 |
| 3 |  | 1 | 7/27/17 | X | o/r | Inventory Form | 7/27/17 |
| 4 |  | 1 | 7/27/17 | X | o/r | Evidence Detail | 7/27/17 |
| 5 |  | 1 | 7/27/17 | X | o/r | Application for a Search Warrant for Dell Laptop | 7/27/17 |
| 6 |  | 1 | 7/27/17 | X | o/r | Search and Seizure Warrant | 7/27/17 |
|  | 1 | 2 | 7/27/17 |  |  | Email Chain that Atsatang was a party to | 7/27/17 |
| 9 |  | 4 | 7/27/17 |  |  | FBI Timeline | 7/27/17 |
| 10 |  | 4 | 7/27/17 |  |  | Advice of Rights | 7/27/17 |
| 11 |  | 4 | 7/27/17 |  |  | 2nd Advice of Rights | 7/27/17 |
|  | 2 | 5 | 7/27/17 |  |  | St. Louis County Police Department Investigative Report | 7/27/17 |
|  | 3 | 5 | 7/27/17 |  |  | St. Louis County Police Department Investigative Report | 7/27/17 |

☑ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection write " Obj" in red     **ADMITTED** = use ✔ and date     **Page** <u>1</u> of <u>1</u>