IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16 CR 83 HEA/NCC |
| | ) |
| MICHAEL BRUCE MCDONALD | ) |
| | ) |
| Defendant. | ) |

**JOINT REQUEST TO CONTINUE TRIAL TO AGREED DATE**

COMES NOW the parties, defendant MICHAEL BRUCE MCDONALD, through his attorneys, Robert C. Wolfrum and Kevin Curran, Assistant Federal Public Defenders, and the United States through Assistant United States Attorney Robert Livergood, to move this Court to continue this case, previously designated a complex case, from its current trial setting to the mutually agreed upon date of April 8, 2019.  The parties make this request due to the time necessary to prepare for a trial in this cause.

Respectfully submitted,

/s/Robert Livergood
Assistant United States Attorney


/s/Robert C. Wolfrum
/s/Kevin Curran
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Robert_Wolfrum@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Rob Livergood, Assistant United States Attorney.

/s/Robert C. Wolfrum
ROBERT C. WOLFRUM
Assistant Federal Public Defender