IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16 CR 83 HEA/NCC |
| MICHAEL BRUCE MCDONALD | ) |
| Defendant. | ) |

**MOTION TO SET FOR HEARING ON WAIVER OF JURY**

COMES NOW defendant MICHAEL BRUCE MCDONALD, through his attorney, Robert C. Wolfrum, Assistant Federal Public Defender, to move this Court to set a hearing at which the defendant intends to waive his right to a jury and request that the case be tried to the Court for Tuesday, March 12, at 1:45 p.m.

Respectfully submitted,

/s/Robert C. Wolfrum
ROBERT C. WOLFRUM
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Robert_Wolfrum@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Rob Livergood, Assistant United States Attorney.        /s/Robert C. Wolfrum
ROBERT C. WOLFRUM
Assistant Federal Public Defender