IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16 CR 83 HEA/NCC |
| MICHAEL BRUCE MCDONALD, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL**

Comes now the defendant to file this motion for leave to file his sentencing memorandum under seal because it contains private matters.

Respectfully submitted,

/s/Robert C. Wolfrum
ROBERT C. WOLFRUM
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Robert_Wolfrum@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Rob Livergood, Assistant United States Attorney.

/s/Robert C. Wolfrum
ROBERT C. WOLFRUM
Assistant Federal Public Defender

Case: 4:16-cr-00083-HEA   Doc. #:  152   Filed: 09/05/19   Page: 2 of 2 PageID #: 875